# Staging and Design Network, Inc.
## Schedule G - Exhibit 2
## Counterparties to Furniture Rental Executory Contracts

| Full Name | Address | Phone Numbers | Email | Category |
|---|---|---|---|---|
| Angie Aggen | 10720 Riviera Place NE<br>Seattle WA 98125 | Phone: 206.661.1040 | angieaggen@yahoo.com | Rental Vendor |
| Tasha Axmaker | 4400 SW Alaska St.<br>Suite 507<br>Seattle WA 98116 | | agenttasha@gmail.com | Rental Vendor |
| Shannon Bailey | 16227 12th Ave NE<br>Shoreline WA 98155 | Phone: 206.779.4923 | shannon@simplyputhomestaging.com | Rental Vendor |
| Eric and Jana Barnes | 16627 NE 36th Court<br>Unit HH103<br>Redmond WA 98052 | Phone: 206-739-3936 | ejb7399@gmail.com | Rental Vendor |
| Lisa Barnes | 16911 NE 27th Street<br>Bellevue WA 98008 | Mobile: 425-417-9592 | fourcreeks1@yahoo.com | Rental Vendor |
| Marge Bearman | 230 Vineyard Dr.<br>Orondo WA 98843 | | | Rental Vendor |
| Amy Beeman | 6321 W Linda Lane<br>Chandler, AZ 85226 | | aimerspeaks@gmail.com | Rental Vendor |
| Sharon Berrett | | Phone: (602) 330-5055 | sharon@sharonberrett.com | Rental Vendor |
| Fraser Black | 2815 Mt. St. Helen's Place S<br>Seattle WA 98144 | Phone: 206.841.2700 | fraser_black@yahoo.com | Rental Vendor |
| Suzanne Blevins | 18214 E. Williams Field Rd.<br>Gilbert AZ 85295 | | hello@stylehousehomestaging.com | Rental Vendor |
| Donna Bowen | | | | Rental Vendor |
| Andrea Braund | 6560 5th Place South<br>Seattle WA 98108 | Phone: 206.762.2444 | andrea.braund@gmail.com | Rental Vendor |
| Laura Brodniak | Laura Brodniak<br>6231 NE 137th Street<br>Kirkland WA 98034 | | LAURA.BRODNIAK@WINDERMERE.COM | Rental Vendor |
| Janelle Brulotte | 15900 SE East Gateway<br>Suite 300<br>Bellevue WA 98008 | Phone: 425.864.0142 | janelle.broulotte@quadranthomes.com | Rental Vendor |
| Tara Buchanan | 322 N. Cabot Road<br>Everett WA 98203 | Phone: 425.290.2153 | tara@tarabdesigns.com | Rental Vendor |
| Phong Bui | 12024 175th Ct. NE<br>Redmond WA 98052 | Mobile: 425-577-0134 | bpbui@yahoo.com | Rental Vendor |
| Minu Cash | 7019 W. Topeka Dr.<br>Glendale AZ 85308 | Phone: 623-910-8106 | minufen@hotmail.com | Rental Vendor |
| Paula Chambers | 2217 239th Place NE<br>Sammamish WA 98074 | Phone: 206.234.1538 | Paulachambers@windermere.com | Rental Vendor |
| Sandy Chambers | | | | Rental Vendor |
| Eddie Chang | 12608 SE 61st St<br>Bellevue WA 98006 | Phone: 425.922.7136 | eddie.chang@rsir.com | Rental Vendor |

| Full Name | Address | Phone Numbers | Email | Category |
|---|---|---|---|---|
| Jonathan Charles | 1107 N Main Street<br>High Point NC 27262 | Phone: (336) 886-0114 | jeanine@jonathancharles.com | Rental Vendor |
| Tamara Chase | 10922 N. 137th St.<br>Scottsdale AZ 85259 | Phone: 480-349-8811 | tchaseinteriors@gmail.com | Rental Vendor |
| Roslyn Comley | 11217 NE 92nd Street<br>Kirkland WA 98033 | Phone: 425.351.2208 | roslyn@homesbyroslyn.com | Rental Vendor |
| Christopher Cornett | 5083 116th Ave SE<br>Bellevue WA 98006 | Phone: 206-929-2710 | christophercornett@cbbain.com | Rental Vendor |
| Carol Cowherd | 835 W Valle Del Oro Rd<br>Tucson AZ 85737 | Phone: 425.736.8652 | 425.736.8652 | Rental Vendor |
| Elaine Cummins | 13118 114th Lane NE<br>Kirkland WA 98034 | Phone: 206.406.8796 | ecummins2001@yahoo.com | Rental Vendor |
| Dawn Cundy | 9710 131st Place NE<br>Woodinville WA 98072 | | dawncundy@gmail.com | Rental Vendor |
| Violaine Cunningham | 2328 W. Mukilteo Blvd.<br>Everett WA 98203 | | | Rental Vendor |
| Cara Currey | 29218 SE 208th St<br>Maple Valley WA 98038 | | | Rental Vendor |
| Kyle & Debra Curtis | 12226 152nd Place SE<br>Snohomish WA 98290 | | debcurtis37@gmail.com | Rental Vendor |
| Lindsey Cusey | 6915 E 3rd Street<br># 2004<br>Scottsdale AZ 85251 | Phone: 480.431.1050 | lindsey@stagedwithlove.com | Rental Vendor |
| Arleen Karch | | | | Rental Vendor |
| Cody Danson | | | | Rental Vendor |
| Kathleen Davi | 1000 Cabin Creek Lane SW<br>C 302<br>Issaquah WA 98027 | Phone: 206.850.284 | Kathleen@kathleendavi.com | Rental Vendor |
| Viola DeBoo | 20011 Locust Way<br>Lynnwood WA 98036 | Phone: 425.298.5749 | deboohsd@gmail.com | Rental Vendor |
| Judy Delen | 2620 39th Ave W<br>Seattle WA 98199 | Phone: 206.850.0186 | judy@delencs.com | Rental Vendor |
| Heather Dosch | 2821 Northup Way<br>Suite 100<br>Bellevue WA 98004 | Phone: 425.417.5006 | heather@buchan.com | Rental Vendor |
| Jennifer Draper | 20 Enatai Drive<br>Bellevue WA 98004 | Phone: 206.954.6866 | jadraper@me.com | Rental Vendor |
| Valentina Drogomiretskiy | 3127 232nd Street SW<br>Brier WA 98036 | Phone: 425.442.0756 | info@dreamhomestagingllc.com | Rental Vendor |
| Maria Elguezabal | 8710 25th Ave NW<br>Seattle WA 98117 | | | Rental Vendor |
| Donna Fedor | 2306 N 55th St<br>Phoenix AZ 85008 | Phone: 408.666.2125 | donna@donnabranninteriors.com | Rental Vendor |
| Sarah Fielder | 2015 Ashwood Downs Lane SE<br>Suite 129<br>Olympia WA 98501 | Phone: 360-701-4864 | sarah.urbandomain@gmail.com | Rental Vendor |

| Full Name | Address | Phone Numbers | Email | Category |
|---|---|---|---|---|
| Brock Freeman | 25414 213th Pl SE Unit 16 Maple Valley WA 98038 | Phone: 425.533.9722 | brockfreeman@ifreemans.org | Rental Vendor |
| Sandra Gauthier | 4506 Gilbert Ave. Dallas TX 75219 | Phone: 425.260.8475 | sangauth@yahoo.com | Rental Vendor |
| Renuka Getchell | 2640 126th Ave NE Bellevue WA 98005 | | renukag@windermere.com | Rental Vendor |
| Michelle Golay | 1551 Rock Creek Ridge Blvd SW North Bend WA 98045 | | | Rental Vendor |
| Stephanie Gonzales-Perez | P. O. Box 1969 Albertville AL 35950 | | | Rental Vendor |
| Tiffany Good | 2425 7th Ave West Seattle WA 98119 | Phone: 206.229.6958 | Tcgood@outlook.com | Rental Vendor |
| Danae Goss | 13000 Linden Ave N Suite 109 Seattle WA 98133 | Phone: 206.250.0794 | danae@homerealtywa.com | Rental Vendor |
| Jeff Green | 2026 Broadway E Seattle WA 98102 | Phone: 206-909-4190 | jeff4realty@comcast.net | Rental Vendor |
| Julie Hall | 5200 Jung Frau Place NW Issaquah WA 98027 | Phone: 206.713.9228 | juliehall@windermere.com | Rental Vendor |
| Elizabeth Hamill | 2429 E Earll Dr Phoenix AZ 85016 | Phone: 480 329 3923 | Beth@elizabethhamillinteriors.com | Rental Vendor |
| Belinda Hanssen | 6015 142nd Ct. SE Bellevue WA 98006 | | bhanssen@comcast.net | Rental Vendor |
| Eric Harber | 10414 SE 13th Street Bellevue WA 98004 | Phone: 425.922.8248 | aharber@gmail.com | Rental Vendor |
| Sandy Hare | 4101 220th Pl SE Issaquah WA 98029 | Phone: 425-657-0438 | DrDesignHome@gmail.com | Rental Vendor |
| Patrick Hender | P. O. Box 1554 Mukilteo WA 98275 | Phone: 206.473.0717 | henderhomes@gmail.com | Rental Vendor |
| Kelly Hester | 2236 E Sierra St. Phoenix AZ 85028 | Phone: 602.206.8072 | kelly@khstaginganddesign.com | Rental Vendor |
| Jack Hilton | 11024 N 28th Dr #170 Phoenix AZ 85029 | Phone: 602-375-8951 Mobile: 602-549-2841 | jack@hiltoncorp.com | Rental Vendor |
| Cissi Himple | 15346 W. Windrase Dr. Surprise AZ 85379 | Phone: 623.522.5000 Mobile: 602.377.8967 | cissi@westusa.com | Rental Vendor |
| Rachel Hoffman | 20872 West Hamilton St. Buckeye AZ 85396 | | | Rental Vendor |
| Zoe Hoffman | Isha Hoffman Construction, Inc. P. O. Box 1592 Edmonds WA 98020 | | zoe.arrange@gmail.com | Rental Vendor |
| Christine Holliday | 605 5th St, B201 Kirkland WA 98033 | Phone: 425-614-8110 | christineholliday@me.com | Rental Vendor |
| Ivy Jo Houghton | P. O. Box 1150 Lake Stevens WA 98258 | | | Rental Vendor |

| Full Name | Address | Phone Numbers | Email | Category |
|---|---|---|---|---|
| Riitta Huhdanpaa | 14317 SE 49th St<br>Bellevue WA 98006 | | | Rental Vendor |
| Amanda Hurley | 6442 Marshall Ave SW<br>Seattle WA 98136 | Phone: 206.719.1662 | housewarming@housewarming.com | Rental Vendor |
| Annie Hyatt | 4430 232nd Ave NE<br>Redmond WA 98053 | Phone: 425-233-5833 | annieh@windermere.com | Rental Vendor |
| Jennifer Inman | IE Designs<br>19029 36th Ave West<br>Suite F<br>Lynnwood WA 98036 | Phone: 206.790.9717 | iepayables@gmail.com | Rental Vendor |
| Nikolas | | | | Rental Vendor |
| Darcy Iwen | 16327 Inglewood Place NE<br>Kenmore WA 98028 | Phone: 206.295.5314 | darcyiwen@afinaltouchstaginganddesign.com | Rental Vendor |
| Kristina Jacklin | 10752 N. Church Rd.<br>Rathdrum ID 83858 | Phone: 509.720.6269 | dackeni@gmail.com | Rental Vendor |
| Cathy Jacobi | 15759 Point Drive NE<br>Bainbridge Island WA 98110 | | | Rental Vendor |
| Gabrielle James | 5404 46th Ave SW<br>Seattle WA 98136 | Phone: 206-900-4721 | Home@pavilionco.com | Rental Vendor |
| Anika Claire Jansen | 10672 NE Country Club Rd<br>Bainbridge Island WA 98110-2336 | Phone: 206.660.0349 | AnikaSDNnote@janesco.net | Rental Vendor |
| Charles Christopher Jansen | 10672 NE Country Club Rd.<br>Bainbridge Island WA 98110-2336 | Phone: 206.660.0349 | CharlieSDNnote@jansenco.net | Rental Vendor |
| Jill Nicole Jansen | 10672 NE Country Club Rd.<br>Bainbridge Island WA 98110-2336 | Phone: 206.660.0349 | JillSDNnote@janesco.net | Rental Vendor |
| Debra Josephson | | | | Rental Vendor |
| Joyce Juntunen | 14802 Simonds Rd NE<br>Bothell WA 98011 | Phone: 206-271-2625 | JoyceJuntunen@cbbain.com | Rental Vendor |
| Daniel Kao | 10700 NE 4th St. #426<br>Bellevue WA 98004 | | | Rental Vendor |
| Andrea Kearns | 2832 NW 74th St<br>Seattle WA 98117 | Phone: 206.778.4573 | andrea@andreakearns.com | Rental Vendor |
| Lori Kinsale | 40844 N Apollo Way<br>Anthem AZ 85086 | Phone: 509.380.8892 | LoriKinsale@gmail.com | Rental Vendor |
| Jessica Klobusnik | 1509 36th Ave South<br>Seattle WA 98144 | Phone: 425.516.1877 | klobusnik@hotmail.com | Rental Vendor |
| Tatyana Kozodoy | 5521 Ocean Ave.<br>Everett WA 98203 | Phone: 425-343-6764<br>Mobile: 425-343-6764 | tatyana@umbrellagroupl | Rental Vendor |
| Rebecca Scott | 2824 NE Logan<br>Issaquah WA 98029 | Phone: 4253954573 | rebeccakuno@gmail.com | Rental Vendor |
| Star Lalario | 3915 214th St SE<br>Bothell WA 98021 | | star@lalario.com | Rental Vendor |
| Kathleen Lantz | 3311 Rockefeller Ave.<br>Everett WA 98201 | | | Rental Vendor |
| Julie Lee | 4052 E. C Street<br>Tacoma WA 98404 | | | Rental Vendor |

| Full Name | Address | Phone Numbers | Email | Category |
|---|---|---|---|---|
| Jill Lees | 19611 SE 31st Place<br>Sammamish WA 98075 | Phone: 425.463.5707 | jilllees.expressions@gmail.com | Rental Vendor |
| Lindsey Lento | 1045 Rocky Point Dr.<br>Camano Island WA 98282 | | | Rental Vendor |
| Jessica Lewis | 3503 SW 106th Street<br>Seattle WA 98146-1160 | Phone: 206.607.9502 | jessicalewisinteriordesign@gmail.com | Rental Vendor |
| Richard Liu | 325 118th Ave SE<br>Bellevue WA 98005 | | | Rental Vendor |
| Rhonda Lynch | 19826 233rd Ave NE<br>Woodinville WA 98077 | Phone: 206.790.7903 | rhonda@rubylanehomestaging.com | Rental Vendor |
| Group | P. O. Box 595<br>Kirkland WA 98083 | | liz@lyongrouprealestate.com | Rental Vendor |
| Jose Maldonado | 15125 W Yucatan Dr.<br>Surprise AZ 85379 | Phone: 623.444.5555<br>Mobile: 623.806.4135 | jose@nationalhousingcorp.com | Rental Vendor |
| Samuel Danasekar Mano | 16129 40th Dr SE<br>Bothell WA 98012 | | | Rental Vendor |
| Jolanta Marchewka | 17427 30th Dr SE<br>Bothell WA 98012 | Phone: 206 683-7312 | Jolamarch@gmail.com | Rental Vendor |
| Gordy Marks | 1250 Kirkland Way<br>Suite 101<br>Kirkland WA 98033 | Phone: 425.770.4444 | Gordy@Bringingyouhome.com | Rental Vendor |
| Sandy Marymee | 17720 80th Ave NE, #107<br>Kenmore WA 98028 | Phone: 425.269.9217 | sandymarymee@cbbain.com | Rental Vendor |
| Jason Mathews | 3446 34th Ave W<br>Lower<br>Seattle WA 98199 | Phone: 206.734.8400<br>Mobile: 206.551.4882 | sjasonm@gmail.com | Rental Vendor |
| Ione McCarthy | 1402 32nd Ave. South<br>Seattle WA 98144 | Phone: 206.686.5555 | ione@ionemccarthy.com | Rental Vendor |
| Kathleen McGowan | 11589 E Ranch Gate Rd<br>Scottsdale AZ 85255 | Phone: 630.747.8096 | purplecowstaging@gmail.com | Rental Vendor |
| Kristen Meyer | 4452 California Ave SW<br>Seattle WA 98116 | Phone: 2063537625 | erika@sweetlivingseattle.com | Rental Vendor |
| Johanna Molloy | 300 2nd Avenue N<br>Unit 3H<br>Edmonds WA 98020 | Phone: 425.466.7464 | molloy@homesofquality.com | Rental Vendor |
| Diana Moore | 13022 NE 87th Street<br>Kirkland WA 98033 | | Diana@TheBestAgent4U.com | Rental Vendor |
| Dorie Moore | 16313 35th Place Ave NE<br>Lake Forest Park WA 98155 | Phone: 206-300-2887 | doriemoore3@msn.com | Rental Vendor |
| Amber Morrison | 23109 135th Street NE<br>Granite Falls WA 98252 | | | Rental Vendor |
| Michelle Moskos | 4303 E Lake Sammamish Parkway SE<br>Issaquah WA 98029 | Phone: 425.677.8298 | michmoskos@comcast.net | Rental Vendor |
| Ayanna Mostofi | 17030 NE 113th Ct<br>Redmond WA 98052 | | ayannamos@yahoo.com | Rental Vendor |
| Sandy Nakatsu | 704 228th Ave. NE # 106<br>Sammamish WA 98074 | Phone: 206-802-8096 | sandy@diggsanddwellings.com | Rental Vendor |

| Full Name | Address | Phone Numbers | Email | Category |
|---|---|---|---|---|
| Amy Nassisi | 10415 SE 29th Street<br>Beaux Arts WA 98004 | | | Rental Vendor |
| Linda Nelson | 13765 Morgan Dr. NE<br>Redmond WA 98053 | Phone: 425-785-3724 | llnelson286@aol.com | Rental Vendor |
| Sharon Nelson | 6736 Lake Washington Blvd NE #8<br>Kirkland WA 98033 | Phone: (425) 260-3500 | | Rental Vendor |
| Tara Nelson | 2123 6th Ave W<br>Seattle WA 98119 | Phone: 206.419.2634 | openhouse@comcast.net | Rental Vendor |
| Kristine Niemi | 24530 138th St. SE<br>Monroe WA 98272 | Phone: 206.369.4285 | | Rental Vendor |
| Holly Norris | 3057 43rd Ave. W<br>Seattle WA 98199 | | | Rental Vendor |
| Cheryl Nygaard | 11635 SE 58th St<br>Bellevue WA 98006 | | cheryln@windermere.com | Rental Vendor |
| Jennifer Ohayon | 7019 118th Pl NE<br>Kirkland WA 98033 | Phone: 206-853-1491 | jen@rlnorthwest.com | Rental Vendor |
| Greg Ohlin | 4907 Pinewood Circle<br>Langley WA 98260 | | | Rental Vendor |
| Regina Orange | 1841-A 42nd Ave E<br>Suite A<br>Seattle WA 98112 | Phone: 425-449-1224 | upliftandcreate@gmail.com | Rental Vendor |
| Andrea Osborne | 6905 191st Place SW<br>Lynnwood WA 98036 | | willowweststaging@gmail.com | Rental Vendor |
| Heather Osgood | PO BOX 4540<br>BOULDER CO 80306 | Phone: 206-419-3459 | heather.osgood@mac.com | Rental Vendor |
| Rene Oughton | 2006 196th St SW<br>Suite # 106<br>Lynnwood WA 98036 | Phone: 206.271.1175 | switchitup2@gmail.com | Rental Vendor |
| JoAnne Paegle | | | | Rental Vendor |
| Toni Page | 249 211th Place NE<br>Sammamish WA 98074 | Phone: 206.307.4502 | tonipage@cbbain.com | Rental Vendor |
| Shraddha Patil | 16225 35th Park SE<br>Bothell WA 98012 | Phone: 360.947.8779 | contact@theaccentwall.com | Rental Vendror |
| Dee Patrick | 13248 230th PL NE<br>Redmond WA 98053 | Phone: 206-356-8684 | dee@teampatrick.com | Rental Vendor |
| Kate Pedersen | 7916 NE 182nd Pl<br>Kenmore WA 98028 | | | Rental Vendor |
| Keather Petersen | 136 NE 85th St<br>Seattle WA 98105 | Phone: 425.753.0053 | Keathero@hotmail.com | Rental Vendor |
| Barb Pexa | 505 106th Ave # 210<br>Bellevue WA 98004 | Phone: 425-753-0230 | Barb@barbpexa.com | Rental Vendor |
| Angela Pickens | 4828 130th Ave SE<br>Bellevue WA 98006 | Phone: 404.353.1085 | | Rental Vendor |
| Paulina Pino | 1403 240th Way SE<br>Sammamish WA 98075 | | | Rental Vendor |
| Joe Platz | 6532 110th Ave NE<br>Lake Stevens WA 98258 | Phone: 425-585-3435 | Joe@joeplatz.com | Rental Vendor |

| Full Name | Address | Phone Numbers | Email | Category |
|---|---|---|---|---|
| Erin Quigley | 2123 6th Ave W<br>Seattle WA 98119 | Phone: 206.465.9347 | erin@openhousestaging.net | Rental Vendor |
| Hal Rappaport | 1222 McGilvra Blvd E<br>Seattle WA 98115 | Phone: 206-986-2657 | hal4realty@gmail.com | Rental Vendor |
| Juju Ratana | 15603 NE 109th St<br>Redmond WA 98052 | Phone: 206.979.6618 | jujuratana@homesbyjuju.com | Rental Vendor |
| LLC Partners | 121 Lake St. S<br># 201<br>Kirkland WA 98033 | Phone: 425.420.4887 | cmzarling@gmail.com | Rental Vendor |
| Scott Reid | 16524 N 106th Pl<br>Scottsdale AZ 85255 | | | Rental Vendor |
| Lisa Reyes | 10713 23rd Ave NE<br>Seattle WA 98125 | Phone: 206 607-7229 | lisa@simplygracious.com | Rental Vendor |
| Tyra Rocca | P. O. Box 1632<br>Kapaa HI 96746 | Phone: 808.634.4795 | gravityjadeseven@gmail.com | Rental Vendor |
| Debra Rowley | 3710 234th Ave SE<br>Sammamish WA 98075 | | deb2591@hotmail.com | Rental Vendor |
| Sharon Rowley | 2233 S. Olivewood<br>Mesa AZ 85209 | Phone: 206-423-1025 | rowls9699@gmail.com | Rental Vendor |
| Chris Royer | 9804 NE Riverbend Dr.<br>B 104<br>Bothell WA 98011 | | | Rental Vendor |
| JulieAnn Stone Ryan | 116 N Robin Ln<br>Mesa AZ 85213 | | | Rental Vendor |
| Josie Sanger | Oikos, LLC<br>6301 Latona Ave NE # 1/2<br>Seattle WA 98115 | Phone: 206.679.1213 | sanger@windermere.com | Rental Vendor |
| Mark Schultz | 2516 59th Street SW<br>Everett WA 98203 | | | Rental Vendor |
| Gene Seguin | 810 NE 84th St<br>Seattle WA 98115 | | gseguin@windermere.com | Rental Vendor |
| Jack Shaffer | | | jackshaffer@cox.net | Rental Vendor |
| Sandra Shaffer | 10919 113th Ct. NE<br>F 101<br>Kirkland WA 98033 | Phone: 206.553.9017 | sandra.shaffer@rsir.com | Rental Vendor |
| Crissy Shemer | 5665 E Quail Track Dr<br>Scottsdale AZ 85266 | Phone: 602.403.4248 | crissyhemer@yahoo.com | Rental Vendor |
| Karen Simpson | 13019 SE 282nd Street<br>Auburn WA 98092 | Phone: 206-769-6231 | | Rental Vendor |
| Wendy Simpson | 15680 NE 182nd Pl<br>Woodinville WA 98072 | Phone: 425-269-0796 | wendysimpsonrealty@gmail.com | Rental Vendor |
| Moya Skillman | 305 108th Ave NE, Suite 200<br>Bellevue WA 98004 | Phone: 425-637-8373<br>Mobile: 425-637-8373 | teamfoster@fosterrealty.com | Rental Vendor |
| Alina Skonieczny | A. Skonieczny/Catlin Choate<br>3419 Via Lido #139<br>Newport Beach CA 92663 | Phone: 424-382-3257 | alinaskon@gmail.com | Rental Vendor |

| Full Name | Address | Phone Numbers | Email | Category |
|---|---|---|---|---|
| Danette Smith | PO Box 252<br>Nipomo CA 93444 | | | Rental Vendor |
| Kristy Stutz | 18708 85th Place W<br>Edmonds WA 98026 | | | Rental Vendor |
| Liz Suver | 1511 40th Avenue<br>Seattle WA 98122 | Phone: 206.660.7200 | lizsuver@windermere.com | Rental Vendor |
| Hitomi Tanaka | 8002 Stroud Ave N<br>Seattle WA 98103 | | | Rental Vendor |
| Leanna Thomajan-Ons | 521 7th Ave, #2<br>Kirkland WA 98033 | Phone: 206-617-7257 | Leanna@oandcompany.com | Rental Vendor |
| Nate 1 | 4580 Klahanie Dr SE  # 291<br>Sammamish WA 98029 | Phone: 206.427.1599 | nate@cypressconsulting.net | Rental Vendor |
| Nate Thompson | 4580 Klahanie Dr SE  # 291<br>Sammamish WA 98029 | Phone: 206-427-1599 | nate@cypressconsulting.net | Rental Vendor |
| Kara Tokita | 3244 139th Ave SE<br>Bellevue WA 98005-4072 | Phone: 425-922-5638 | kara@tokitabethune.com | Rental Vendor |
| Audrey Tomlinson | 8431 NE 131st Place<br>Kirkland WA 98034 | Phone: 425.765.0632 | atomlinson@jasonmitchellgroup.com | Rental Vendor |
| Mark Tomlinson | 16528 Marine Drive<br>Stanwood WA 98293 | Phone: 206.660.7370 | markt777@aol.com | Rental Vendor |
| Tricia Tomlinson | 16528 Marine Drive<br>Stanwood WA 98293 | Phone: 4254420990 | accounting@sdninc.net | Rental Vendor |
| Francesca Tosolini | 2012  168th Ave NE<br>Bellevue WA 98008 | Phone: 425-208-2246 | francesca@tosolini.com | Rental Vendor |
| Suzann Town | 2074 E Dias Dr<br>Gilbert AZ 85234 | Phone: 480.370.9492 | suzi@suzitownrealtor.com | Rental Vendor |
| Sherry Tseng | 2720 71st  Ave SE<br>Mercer Island WA 98040 | | st912@hotmail.com | Rental Vendor |
| Evan Turner | 2409 Milton Way<br>Milton WA 98354 | Phone: 206.465.0913 | evan.turner777@gmail.com | Rental Vendor |
| Valerie Verburg | | | | Rental Vendor |
| Marilisa Vergottini | 8319 NE 110th Place<br>Kirkland WA 98034 | Phone: 206.599.9908 | marilisa.vergottini@marketplacesir.com | Rental Vendor |
| Eileen Vincent | 11121 NE 97th St<br>Kirkland WA 98033 | Phone: 602-568-4282 | eileenvincent33@gmail.com | Rental Vendor |
| Aleta Walker | | | | Rental Vendor |
| Barbara Wallace | 8221  53rd Ave W<br># 59<br>Mukilteo WA 98275 | Mobile: (206) 661-6636 | wallacebarb@comcast.net | Rental Vendor |
| Nina Walt | 7601 Fairway  Ave SE #802<br>Snoqualmie WA 98065 | Phone: 541-961-7575 | nina@hwstaging.com | Rental Vendor |
| Susan Watkins | 2805 NE 125th Street<br>Apt. 503<br>Seattle WA 98125 | Phone: 4252323077 | jumpstartstaging@gmail.com | Rental Vendor |
| Daniel Wear | 2409 104th Place SE<br>Everett WA 98208 | | | Rental Vendor |

| Full Name | Address | Phone Numbers | Email | Category |
|---|---|---|---|---|
| Alex Weber | 6126 E. Larkspur Drive<br>Scottsdale AZ 85254 | Phone: 602.918.9430<br>Fax: 623.516.1608 | ldeis@cox.net | Rental Vendor |
| Gloria Weise | 6916 Hurst St<br>Amarillo TX 79109 | | | Rental Vendor |
| Jennifer Whittier | 417 99th Ave NE<br>Apt. A<br>Bellevue WA 98004 | | | Rental Vendor |
| Richard Willard | 12932 NE 130th ST<br>Kirkland WA 98034 | | | Rental Vendor |
| Jayne Williamson | 11703 2nd Ave NW<br>Seattle WA 98177 | | jaynew@windermere.com | Rental Vendor |
| Lisa Woolverton | 9924 NE 185th St<br>#555<br>Bothell WA 98011 | | | Rental Vendor |
| Kari & Dan Wozniak | 10834 NE 68th St<br>Unit B 3<br>Kirkland WA 98033 | Phone: 425.985.5419 | kari@dwozniak.com | Rental Vendor |
| Karen Yttrup | 993 Los Palmes Dr<br>Santa Barbara CA 93110 | Phone: 805.679.5778 | karen@karenyttrup.com | Rental Vendor |
| Celeste Zarling | 121 Lake St. S  # 121<br>Kirkland WA 98033 | Phone: 425.420.4887 | celeste@c21nwr.com | Rental Vendor |
| Tricia Zemek | 21209 212th Ave SE<br>Maple Valley WA 98038 | Phone: 425.214.4899 | tricia@zemekdesign.com | Rental Vendor |
| Amy Zinger | 10429 S. 51st St.<br>Suite 100<br>Phoenix AZ 85044 | | phxmarketing@kbhome.com | Rental Vendor |
| Francie Zwicker | 16212 Bothell Everett Hwy<br>Suite # F175<br>Mill Creek WA 98012-1602 | Phone: 206.992.9377 | francie@vestus.com | Rental Vendor |